# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 06-cv-01356-EWN-CBS

RALLY IN THE ROCKIES, INC., a Colorado Corporation and DANIEL L. BJORKMAN as Trustee for the DANIEL L. BJORKMAN TRUST

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed the Plaintiffs' Motion to Dismiss Complaint Without Prejudice and being fully apprised in the premises thereof, hereby

**ORDERS** that the Plaintiffs' Motion is Granted and

**FURTHER ORDERS** that the Plaintiff's Complaint is hereby dismissed without prejudice, each party to bear its own costs and expenses.

Dated this 21st day of September, 2006.

                            **BY THE COURT:**

                            s/ Edward W. Nottingham
                            Edward W. Nottingham
                            District Court Judge